Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

William A. Rogan, for appellant; William C. Burns and R. Hamlin Petty, of counsel. Hamlin, Topliff & Cooper, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Manufacturers Terminal Company, appellant, v. Waukegan Foundry Company, appellee. Gen. No. 32,999.**

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

William A. Rogan, for appellant; William C. Burns and R. Hamlin Petty, of counsel. Hamlin, Topliff & Cooper, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Manufacturers Terminal Company, appellant, v. Waukegan Foundry Company, appellee. Gen. No. 33,000.**

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

William A. Rogan, for appellant; William C. Burns and R. Hamlin Petty, of counsel. Hamlin, Topliff & Cooper, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**American Bonding & Casualty Company et al., complainants, v. Chicago Bonding & Insurance Company et al., defendants. In re claim of Adolph J. Sabath, Nos. 352, 471, 472, appellant. Gen. No. 33,028.**

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Samuel P. Gurman, for appellant. Wetten, Pegler & Dale, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**Max L. Rasoff, appellant, v. Yellow Cab Company, appellee. Gen. No. 33,034.**

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Martin M. Gross, for appellant. Samuels, Costello & Greenberg, for appellee.

Mr. Justice Barnes delivered the opinion of the court.